<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

TODD R. KUCHERA,

               Petitioner,

               v.

SAMUEL J. PLUMERI, JR., *et al.*,

               Respondents.

Civil Action No. 25-85 (KMW)

**MEMORANDUM ORDER**

**THIS MATTER** comes before the Court upon Petitioner Todd R. Kuchera's renewed application for leave to proceed *in forma pauperis* on appeal. (ECF No. 15).  The Court has carefully reviewed the submission, including the supporting affidavit and certified institutional account statement, as well as the procedural history of the case.

Petitioner initiated this habeas action pursuant to 28 U.S.C. § 2254 on January 4, 2025, paying the required filing fee.  (ECF No. 1).  By Opinion and Order entered on November 20, 2025, the Court dismissed the Petition and denied a certificate of appealability.  (ECF Nos. 10–11).  Petitioner thereafter filed a Notice of Appeal and an application to proceed *in forma pauperis* on appeal.  (ECF No. 12).  By Memorandum Order dated December 30, 2025, the Court denied that application without prejudice because Petitioner failed to provide a sufficiently detailed affidavit of indigence and a certified six-month institutional account statement, as required under 28 U.S.C. § 1915(a)(1)–(2).  (ECF No. 14).  The Court granted Petitioner leave to file a renewed application curing those deficiencies.

On January 28, 2026, Petitioner filed the present renewed application. (ECF No. 15). In support, Petitioner has submitted an affidavit setting forth his financial condition, along with a certified copy of his institutional account statement covering the relevant six-month period. (*Id.*) These submissions satisfy the statutory requirements of 28 U.S.C. § 1915(a), which permits a litigant to proceed without prepayment of fees upon a showing of inability to pay and, for prisoners, requires submission of a certified account statement. *See Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948).

Based on the information provided, the Court is satisfied that Petitioner lacks sufficient funds to pay the appellate filing fees. The Court further finds no basis at this time to conclude that the appeal is not taken in good faith within the meaning of 28 U.S.C. § 1915(a)(3). *See Coppedge v. United States*, 369 U.S. 438, 445 (1962) (defining good faith as the presentation of any issue that is not plainly frivolous).

Accordingly, for the foregoing reasons, Petitioner's renewed application to proceed *in forma pauperis* on appeal (ECF No. 15) is granted. Petitioner may proceed on appeal without prepayment of fees pursuant to 28 U.S.C. § 1915.

**IT IS** on this 2nd day of April, 2026,

**ORDERED** that the Clerk of the Court shall **RE-OPEN** this matter for the purpose of this Order only; and it is further

**ORDERED** that Petitioner's renewed application to proceed *in forma pauperis* on appeal (ECF No. 15) is **GRANTED**; and it is further

**ORDERED** that Petitioner may proceed on appeal without prepayment of fees, pursuant to 28 U.S.C. § 1915; and it is further

**ORDERED** that the Clerk shall transmit a copy of this Order to the Clerk of the United States Court of Appeals for the Third Circuit.

Hon. Karen M. Williams,
United States District Judge